■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM DE BERRY, Appellant, v. DANIEL MCMANN, as Warden of Clinton Prison, Respondent.— Motion granted to the extent of amending the remittitur to recite the following: Upon the appeal herein there was presented and necessarily passed upon a question under the Constitution of the United States, viz.: appellant argued that the failure to give the warning then prescribed by section 335-b of the Code of Criminal 'Procedure at the time of his arraignment constituted a violation of the Fifth, Sixth and Fourteenth Amendments to the Constitution. In affirming the dismissal of the writ of habeas corpus, this court held that appellant's constitutional rights were not violated. Gibson, P. J., Herlihy, Reynolds, Aulisi and Hamm, JJ., concur.

■ In the Matter of the Claim of ANNA R. MARRARO, Respondent, v. SIDNEY N. ZIPSER, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Application for an appointment of an attorney and counselor at law to represent claimant-respondent on an appeal from a decision of the Appeal Board granted; and Robert L. Tuttle, Esq., 36 West 44th Street, New York City, assigned for that purpose (Labor Law, § 538). Gibson, P. J., Herlihy, Reynolds, Aulisi and Hamm, JJ., concur.

■ In the Matter of the Claim of JANE VEACH, Respondent, v. COUNTY OF ERIE — DEPARTMENT OF SOCIAL WELFARE, Appellant, and LOUISE SWIDERSKI, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to vacate decisions of the Workmen's Compensation Board rendered subsequent to service and filing of notice of appeal from decision of December 7, 1964, and to stay further proceedings pending determination of appeal denied, without costs. Cross motion to dismiss appeal denied as untimely, without costs; the subsequent decisions may be reviewed upon this appeal. (*Matter of Piekut* v. *Philip Fleischer, Inc.*, 276 App. Div. 702.) Gibson, P. J., Herlihy, Reynolds, Taylor and Hamm, JJ., concur.

## (November 23, 1965)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE WILLIAM PRENTICE, Appellant.— MEMORANDUM BY THE COURT. Defendant appeals from an order denying, without a hearing, his application for *coram nobis* relief to vacate a judgment convicting him, upon his plea of guilty, of the crime of forgery in the second degree. The factual allegations of the petition that his waiver of assignment of counsel and the entry of the plea of guilty were induced by representations of the District Attorney that he would recommend to the trial court that the sentence to be imposed upon conviction be limited to the time already served are conceded. It is further conceded that through inadvertence no such recommendation was made by the District Attorney. Following the sentence the District Attorney states that he attempted to rectify the situation but his conference with the court achieved no change in the sentence. Order reversed, on the law and the facts; application granted; and judgment of conviction vacated. Case remanded to Chenango County Court for rearraignment of defendant. Herlihy, J. P., Reynolds, Taylor, Aulisi and Hamm, JJ., concur.